No. 14–0615/MC.   U.S. v. Xavier E. Ramirez–Empuno.   CCA 201300190.   On consideration of the motions filed by Lieutenant Jared A. Hernandez for leave to withdraw as appellate defense counsel, it appears that the Judge Advocate General has assigned other counsel to represent Appellants and the new counsel have assumed the representation of said Appellants.   Accordingly, it is ordered that said motions are hereby granted.

No. 14–0678/NA.   U.S. v. Richard B. Freeman III.   CCA 201300102.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted to July 17, 2014.

No. 14–0679/AF.   U.S. v. Charles L. Allen.   CCA 38159.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted to July 17, 2014.

No. 14–0681/MC.   U.S. v. Dauthard S. Mason.   CCA 201300154.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted to July 21, 2014.

No. 14–0682/AR.   U.S. v. Jeremy N. Morlock.   CCA 20110230.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted to July 18, 2014.